**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13

☐ Check if this an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy         12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Identify Yourself

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **1. Your full name**  Write the name that is on your government-issued picture identification (for example, your driver's license or passport).  Bring your picture identification to your meeting with the trustee. | **Robert**  First name  **G**  Middle name  **Anctil**  Last name and Suffix (Sr., Jr., II, III) | First name  Middle name  Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**  Include your married or maiden names. |  |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-8495** |  |

Debtor 1  **Robert G Anctil** _____ Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**  Include trade names and *doing business as* names | ☐ I have not used any business name or EINs.  **DBA  RS Anctil Plumbing**  Business name(s)  **04-2979765**  EINs | ☐ I have not used any business name or EINs.  _____  Business name(s)  _____  EINs |
| **5. Where you live** | **142 Bryant St.**  **Berkley, MA 02779**  Number, Street, City, State & ZIP Code  **Bristol**  County  **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.  _____  Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**  _____  Number, Street, City, State & ZIP Code  _____  County  **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.  _____  Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*  ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.  ☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.) | *Check one:*  ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.  ☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.) |

Debtor 1    **Robert G Anctil**    Case number *(if known)*

## Part 2:   Tell the Court About Your Bankruptcy Case

**7.   The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
■ Chapter 13

**8.   How you will pay the fee**

■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.   Have you filed for bankruptcy within the last 8 years?**

☐ No.
■ Yes.

| | District | When | Case number |
|---|---|---|---|
| | **Boston** | **10/13/05** | **05-21817** |
| | District | When | Case number |
| | District | When | Case number |

**10.   Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No
■ Yes.

| | | | |
|---|---|---|---|
| Debtor | **Anctil Plumbing & Mechanical Contractors, Inc.** | Relationship to you | **51% Owner** |
| District | **Massachusetts**    When **8/19/05** | Case number, if known | **05-17495** |
| Debtor | **Shelley S Anctil** | Relationship to you | **Ex spouse** |
| District | **Massachusetts**    When **8/30/10** | Case number, if known | **10-19411** |

**11.   Do you rent your residence?**

■ No.    Go to line 12.
☐ Yes.   Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No. Go to line 12.
☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☐ No. Go to Part 4.

■ Yes. Name and location of business

**RS Anctil Plumbing**
Name of business, if any

**142 Bryant St.**
**Berkley, MA 02779**
Number, Street, City, State & ZIP Code

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
■ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

Debtor 1 **Robert G Anctil**     Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.** The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file. If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:* <br><br> ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** <br> Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** <br> Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. <br><br> ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** <br> To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. <br><br> Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. <br> If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. <br><br> Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. <br><br> ☐ **I am not required to receive a briefing about credit counseling because of:** <br><br>     ☐ **Incapacity.** <br>     I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. <br><br>     ☐ **Disability.** <br>     My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. <br><br>     ☐ **Active duty.** <br>     I am currently on active military duty in a military combat zone. <br><br> If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:* <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** <br> Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** <br> Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. <br><br> ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** <br> To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. <br><br> Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. <br><br> If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. <br><br> Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. <br><br> ☐ **I am not required to receive a briefing about credit counseling because of**: <br><br>     ☐ **Incapacity.** <br>     I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. <br><br>     ☐ **Disability.** <br>     My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. <br><br>     ☐ **Active duty.** <br>     I am currently on active military duty in a military combat zone. <br><br> If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1 **Robert G Anctil** _____  Case number *(if known)* _____

| Part 6: | **Answer These Questions for Reporting Purposes** |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☒ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☒ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☒ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | **Sign Below** |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Robert G Anctil**
**Robert G Anctil**
Signature of Debtor 1

Signature of Debtor 2

Executed on **September 19, 2016**
MM / DD / YYYY

Executed on _____
MM / DD / YYYY

Debtor 1  **Robert G Anctil** _____ Case number *(if known)* _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Dmitry Lev**_____    Date    **September 19, 2016**
Signature of Attorney for Debtor                          MM / DD / YYYY

**Dmitry Lev**
Printed name

**Law Offices of D. Lev, PC**
Firm name

**134 Main Street**
**Watertown, MA 02472**
Number, Street, City, State & ZIP Code

Contact phone   **617-556-9990**          Email address   **dlev@levlaw.net**

**BBO#:665236**
Bar number & State

# OFFICIAL FORM 8

## United States Bankruptcy Court
### District of Massachusetts

In re **Robert G Anctil**                                                                 Case No.
                                    Debtor(s)                                             Chapter **13**

## CHAPTER 13 AGREEMENT BETWEEN DEBTOR AND COUNSEL
## RIGHTS AND RESPONSIBILITIES OF CHAPTER 13 DEBTORS AND THEIR ATTORNEYS

It is important for debtors who file bankruptcy cases under Chapter 13 to understand their rights and responsibilities. It is also useful for debtors to know what their attorney's responsibilities are, and understand the importance of communicating with their attorney to make the case successful. Debtors should also know that they may expect certain services to be performed by their attorney. To encourage that debtors and their attorneys understand their rights and responsibilities in the bankruptcy process, the following terms are agreed to by the debtors and their attorneys.

BEFORE THE CASE IS FILED:

The DEBTOR agrees to:
1. Provide the attorney with accurate financial information; and
2. Discuss with the attorney the debtor's objectives in filing the case.

The ATTORNEY agrees to:
1. Meet with the debtor to review the debtor's debts, assets, income and expenses;
2. Counsel the debtor regarding the advisability of filing either a Chapter 7 or Chapter 13 case, discuss both procedures with the debtor, and answer the debtor's questions;
3. Explain what payments will be made through the plan, and what payments will be made directly by the debtor for mortgage and vehicle loan payments, as well as which claims accrue interest;
4. Explain to the debtor how, when, and where to make the Chapter 13 plan payments, as well as the debtor's obligation to continue making mortgage payments, without interruption, and the likely consequences for failure to do so;
5. Explain to the debtor how the attorney's fees and trustee's fees are paid, and provide an executed copy of this document to the debtor;
6. Explain to the debtor that the first plan payment must be made to the Trustee within 30 days of the date the plan is filed;
7. Advise the debtor of the requirement to attend the 341 Meeting of Creditors, and instruct debtor as to the date, time and place of the meeting;
8. Advise the debtor of the necessity of maintaining appropriate insurance on all real estate, motor vehicles and business assets; and
9. Timely prepare and file the debtor's petition, plan and schedules.


AFTER THE CASE IS FILED:

The DEBTOR agrees to:

1. Keep the Trustee and attorney informed for the debtor's address and telephone number;
2. Inform the attorney of any wage garnishments or attachments of assets which occur or continue after the filing of the case;

In re   **Robert G Anctil**                                                                 Case No.
                                    Debtor(s)

3. Contact the attorney if the debtor loses his/her job or has other financial problems (the attorney may be able to have the Chapter 13 plan payments reduced or suspended in those circumstances), or alternatively obtains a material increase in income or assets;
4. Advise counsel if the debtor is sued during the case;
5. Inform the attorney if tax refunds to which the debtor is entitled are seized or not received;
6. Advise counsel and the Trustee before buying or selling property or before entering into any long-term loan agreements, to determine what approvals are required;
7. Provide the Trustee and the attorney, prior to the Section 341 meeting of creditors, with documentary evidence as to debtor's income from all sources and the value of any asset in which the debtor has an interest, together with a copy of any declaration of homestead covering the debtor's real estate, proof of insurance on any real property or automobiles in which the debtor has an interest, and any other documents which the Trustee might reasonably request in order to assess whether the debtor's proposed plan should be confirmed.

The ATTORNEY agrees to provide the following legal services in consideration of the compensation further described below:

1. Appear at the 341 Meeting of Creditors with the debtor;
2. Respond to objections to plan confirmation, and where necessary, prepare an amended plan;
3. Prepare, file and serve one necessary modification to the plan which may include suspending, lowering, or increasing plan payments;
4. Prepare, file and serve necessary amended schedules in accordance with information provided by the debtor;
5. Prepare, file and serve necessary motions to buy, sell or refinance real property;
6. Object to improper or invalid claims, if necessary, based upon documentation provided by the debtor;
7. Represent the debtor in motions for relief from stay;
8. Where appropriate, prepare, file and serve necessary motions to avoid liens on real or personal property; and
9. Provide such other legal services as necessary for the administration of the case.

The initial fees charged in this case are $**250 per hour against $3,500.00 retainer for fees and $500 retainer for costs; will seek court approval for additional compensation beyond fees provided by Local Rule**.  Any and all additional terms of compensation and additional services agreed to be rendered, if any, are set forth in writing and annexed hereto.  If the initial fees are not sufficient to compensate the attorney for the legal services rendered in this case, the attorney further agrees to apply to the court for additional fees.  If the debtor disputes the legal services provided or the fees charged by the attorney, an objection may be filed with the court and the matter set for hearing.

Date **September 19, 2016**                       Signature  **/s/ Robert G Anctil**
                                                              **Robert G Anctil**
                                                              Debtor

Attorney **/s/ Dmitry Lev**
         **Dmitry Lev BBO#:665236**

```
Accion International
10 Fawcett Street, Suite 204
Cambridge, MA 02138

Accion USA
56 Roland St., Ste 300
Charlestown, MA 02129

Ace American Insurance Co.
2420 Lakemont Ave.
PO Box 3556
Orlando, FL 32802-3556

Action Collection Agency
PO Box 902
Middleboro, MA 02346-0902

ADT Security Services
3190 S. Vaughn Way
Aurora, CO 80014

Arch Insurance Company
300 Plaza Three
3rd Fl.
Jersey City, NJ 07311

Associated Credit Services, Inc.
115 Flanders Rd. Ste 140
PO Box 5171
Westborough, MA 01581-5171

B of I Federal Bank
4350 La Jolla Village Drive, Suite 140
San Diego, CA 92122

Barton Gilman LLP
10 Dorrance St., Ste 800
Providence, RI 02903

BFS Capital
3301 N. University Drive, Suite 300
Coral Springs, FL 33065

Bilt-Rite Construction, Inc.
150 Shirley St.
Boston, MA 02119

Brendan L. Hughes, Esq.
Richard M. Cheverie & Associates, P.C.
333 East River Drive
Commerce Center One, Suite 101
East Hartford, CT 06108
```

Brigham and Women's Hospital
75 Francis St.
Boston, MA 02115

Brigham and Women's Physicians Org.
111 Cypress St.
Brookline, MA 02445

C2C Resources, LLC
56 Perimeter Center East
Suite 100
Atlanta, GA 30346

Central Credit Services, LLC
20 Corporate Hills Dr.
Saint Charles, MO 63301

Charles Matthew Wallen, IV, Esq.
Harmon Law Offices
150 California Street
Newton, MA 02458

Christine Kingston, Esq.
Nelson Mullins Riley & Scarborough LLP
One Post Office Square
30th Floor
Boston, MA 02109

Christopher D. Strang
Strang, Scott, Giroux & Young, LLP
654 Beacon St. 6th Fl.
Boston, MA 02215

Citizens Bank
1 Citizens Dr.
Riverside, RI 02915

City of Boston
Parking Clerk
1 City Hall Square, Room 224
Boston, MA 02201

Coastal Imaging Associates Inc
484 Highland Ave. # 2
Fall River, MA 02720

Department of Unemployment Assistance
19 Staniford Street
Boston, MA 02114

Economy Plumbing & Heating Supply Co.
875 Morton St.
Mattapan, MA 02126

```
Enhanced Recovery Company, LLC
PO Box 57610
Jacksonville, FL 32241

F.W. Webb Company
160 Middlesex Turnpike
Bedford, MA 01730

Fidelity and Deposit Company of Maryland
1400 American Lane
Schaumburg, IL 60196

Financial Corporation of America
12515 Research Blvd.
Bldg. 2, Ste 100
Austin, TX 78759

First Citizen's FCU
200 Mill Rd Ste 100
Fairhaven, MA 02719

Flatiron Capital
1700 Lincoln Street, 12th Floor
Denver, CO 80203

Francis A. Shannon, III, Esq.
Shannon Law Associates, Inc
300 Crown Colony Drive
Suite 504
Quincy, MA 02169

Gordon N. Schultz, Esq.
225 Franklin St. Ste 2600
Boston, MA 02110

Gragil Associates, Inc.
29 Winter St.
Pembroke, MA 02359

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

IPC Hospitalists of New England, PC
4605 LANKERSHIM BLVD. STE 617
North Hollywood, CA 91602

John S. Reidy, Esq.
Bishop & Reidy, P.C.
2300 Crown Colony Drive
Suite 203
Quincy, MA 02169
```

```
John W. DiNicola, II, Esq.
DiNicola, Seligson & Upton, LLP
6 Beacon Street, Suite 700
Boston, MA 02108

JT Insulation, LLC
1 Park Place
Plymouth, MA 02360

Kandice McCullough
c/o Katherine Schulte, Esq.
Casa Myrna Vazquez
P.O. Box 180019
Boston, MA 02118

Liberty Mutual Insurance
62 Maple Ave.
Keene, NH 03431

Lynette Kucinski
Internal Revenue Service
120 Liberty Street
Brockton, MA 02301

M. Solberg Enterprises Corp.
149 Cross St.
Winchester, MA 01890

MAPFRE Insurance
11 Gore Rd.
Webster, MA 01570

Mark R. Turner, DDS
129 High St.
Taunton, MA 02780-3529

Mass. DOR Child Support Enforcement
100 Cambridge St. 5th floor
Boston, MA 02114-9558

Massachusetts Department of Revenue
Bankruptcy Unit
PO Box 9564
Boston, MA 02114-9564

McCarthy, Burgess & Wolff
The MB&W Building
26000 Cannon Rd.
Bedford, OH 44146

Mechanics Cooperative Bank
316 Broadway
Taunton, MA 02780
```

Michael E. Brangwynne, Esq.
DiNicola, Seligson & Upton, LLP
6 Beacon Street, Ste 700
Boston, MA 02108

Midland Credit Management, Inc.
8875 Aero Dr.
San Diego, CA 92123

NEFCO Corporation
PO Box 280186
East Hartford, CT 06128-0186

Paul M. Colella, Esq.
Colella Law Offices
39 Shore Rd.
Box 323
Winchester, MA 01890

Phils Propane
477 Crandall Road
Tiverton, RI 02878

Pick Crane Service, Inc.
373 Winchester St.
Newton Highlands, MA 02461

Plumbers and Gasfitters Local Union #12
1240 Massachusetts Ave.
Boston, MA 02125

PV Sullivan Supply Co, Inc.
94 Liberty Street
Quincy, MA 02169

RMS
PO Box 361595
Columbus, OH 43236

Robert Cheverie & Assoc, PC
Commerce Center One
333 East River Dr. Ste 101
East Hartford, CT 06108

Shelley S. Anctil
455 Valentine St.
Fall River, MA 02720

Southcoast Hospitals Group
363 Highland Ave.
Fall River, MA 02720

Specialized Loan Servicing, LLC
P.O. Box 636005
Littleton, CO 80163-6005

```
Sprint
Attn: Bankruptcy
PO Box 172408
Denver, CO 80217

Stephens & Michaels Associates, Inc.
7 Stiles Rd.
Salem, NH 03079

Stevens Business Service
92 Bolt St. #1
PO Box 1233
Lowell, MA 01853

Steward Health Care System
Corporate Headquarters
500 Boylston Street
Boston, MA 02116

Steward Medical Group
Corporate Headquarters
500 Boylston Street
Boston, MA 02116

Surgi Care, Inc.
71 1st Ave
Waltham, MA 02451

Synchrony Bank
fka GE Money Bank
777 Long Ridge Road
Stamford, CT 06902

Terminix Processing Center
PO Box 742592
Cincinnati, OH 45274-2592

Timberline Construction Corporation
300 Pine Street
Canton, MA 02021

Tocci Building Company
660 Main St.
Woburn, MA 01801

Tradesmen International, LLC
PO Box 842227
Boston, MA 02284-2227

Transworld Systems, Inc.
507 Prudential Rd.
Horsham, PA 19044
```

Trustees of the Plumbers and Gasfitters
Local No. 12 Welfare, Pension, Annuity
Vacation & Xmas Frindge Benefit Funds
1240 Massachusetts Ave.
Boston, MA 02125

Trustees of the Plumbers and Pipefitters
National Pension Fund
103 Oronoco Street
Alexandria, VA 22314

United Healthcare Insurance Company
185 Asylum St.
Hartford, CT 06103

United Insulation Specialties, Ltd.
87 Carleton St.
Whitman, MA 02382

United Rentals
6125 Lakeview Rd.
Ste 300
Charlotte, NC 28269

Vantage Sourcing
PO Box 6786
Dothan, AL 36302

Verizon Wireless
PO Box 4003
Acworth, GA 30101

Vonage
23 Main St.
Holmdel, NJ 07733

Wells Fargo Bank, N.A. as Trustee
c/o Bank of America, NA
1400 Best Plaza Drive
Ste 101
Richmond, VA 23227

Woods Tax and Accounting
1838 Williams St.
Dighton, MA 02715

Wyckoff Nissenbaum, Esq.
The Law Office of Wyckoff Nissenbaum
775 Broadway
Somerville, MA 02144