UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:   ANCTIL, Robert G.                                                   Chapter 13
                                                                             Case No: 16-13888-MSH
                   Debtor(s)

EXPEDITED MOTION OF CHAPTER 13 TRUSTEE
FOR ORDER DISMISSING CASE PURSUANT TO MLBR 13-13
AND REQUEST FOR HEARING

Now comes the Chapter 13 Trustee (the "Trustee") and pursuant to MLBR 13-13 respectfully moves the Court for an Order dismissing this case and for an expedited hearing, and in support thereof states as follows:

1. On October 10, 2016, the above-captioned Debtor (the "Debtor(s)") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code. The bar date for filing a proof of claim was February 21, 2017. The deadline for filing a surrogate proof of claim was March 23, 2017.

2. On November 17, 2016, the Debtor(s) filed a Chapter 13 Plan ("the Plan"). The Plan provides for the payment of the following creditor(s) that did not file a proof of claim on or before the bar date, and for which no surrogate proof of claim has been filed:

Accion USA in the sum of $800.00 and $1,100.00 and

Synchrony Bank in the sum of $3,500.00 and $12,500.00.

3. Pursuant to MLBR 13-13, the Plan may not be confirmed because of the proposed distribution to a claimant for whom a claim has not been filed.

4. In addition, the Trustee asserts that additional grounds exist to dismiss the case as follows:

The Plan fails to adequately provide for the secured claims of the Internal Revenue