# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 13 |
|  | ) | Case No. 16-13888-MSH |
| ROBERT G ANCTIL | ) |  |
|  | ) |  |
| Debtor | ) |  |
|  | ) |  |

### ORDER ON MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY

At Boston in said District this 22nd day of May, 2017.

The Motion for Relief from the Automatic Stay and Co-Debtor Stay of Wells Fargo Bank, N.A.

[# 162] having come before me, due notice having been given, no objection thereto having been filed or if

filed said objection having been withdrawn or overruled, and good cause appearing to me therefor, it is

hereby

ORDERED that Wells Fargo Bank, N.A., including its successors and assigns, is granted relief

from the automatic stay provisions of 11 U.S.C. § 362 for the purpose of exercising its rights under its

agreements with the debtor, and from the co-debtor stay provisions of 11 U.S.C. § 1301 for the purpose of

exercising its rights under its agreements with the non-debtor co-obligor, Shelley S. Anctil, including

foreclosing its mortgage, or accepting a deed in lieu of foreclosure on the property located at 142 Bryant

Street, Berkley, MA 02779, more particularly described in the Motion, and if necessary bringing eviction

proceedings against the debtor, all in accordance with applicable state and federal law. Movant may seek

to recover from Ms. Anctil only amounts due under such agreements in excess of any amounts received

by the movant from the debtor or his bankruptcy estate.

By the Court,

Melvin S. Hoffman
U.S. Bankruptcy Judge