**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS - EASTERN DIVISION**

```
==============================  .
IN THE MATTER OF:               . Case #16-13888
                                .
ROBERT G. ANCTIL                .
                                . Boston, Massachusetts
                                . Thursday, May 11, 2017
    Debtor.                     . 11:29 a.m.
==============================  .
```

**TRANSCRIPT OF HEARING ON:
#61 MOTION OF INTERNAL REVENUE SERVICE TO DISMISS CASE FOR
FAILURE TO FILE TAXES.
#77 OPPOSITION OF DEBTOR**

**BEFORE THE HONORABLE MELVIN S. HOFFMAN**

APPEARANCES:

<u>For the Debtor:</u>                    DMITRY LEV, ESQ.
                                    Law Offices of D. Lev, PC
                                    134 Main Street
                                    Watertown, MA 02472

<u>For Internal Revenue Service:</u>     BRENDAN T. MOCKLER, AUSA
                                    U.S. Attorney's Office
                                    1 Courthouse Way
                                    Suite 9200
                                    Boston, MA 02210

Electronic Sound Recording Operator:   YVONNE WOODBURY

Proceedings Recorded by Electronic Sound Recording
Transcript Produced by Certified Transcription Service

ESCRIBERS, LLC
352 Seventh Avenue, Suite #604
New York, NY 10001
973-406-2250; operations@escribers.net

1  (At 11:29 a.m.)

2  THE COURT OFFICER: Calling case number 16-13888,
3  Robert Anctil. Please identify yourself for the record.

4  MR. MOCKLER: Brendan Mockler on behalf of the
5  Internal Revenue Service.

6  MR. LEV: Attorney Dmitry Lev on behalf of the
7  debtor. Good morning, again.

8  THE COURT: This is the Internal Revenue Service's
9  motion to dismiss. Mr. Mockler?

10 MR. MOCKLER: Good morning, Your Honor. Indeed, this
11 is the IRS's motion to dismiss under 1307(e) for failure to
12 file 1308 tax returns. Certain returns listed in the motion
13 have since been filed, but today there remain two returns
14 still not filed, and that is the debtor's 1040 tax turn for
15 tax period 2015; and the debtor runs a business, so 940 tax
16 return for unemployment taxes for the tax year 2013. These
17 tax returns have not been filed.

18 The 13 trustee held open the 341 meeting for the
19 filing of tax returns until January 31st of this year. That
20 deadline has since passed. The tax returns are late, and the
21 Government requests dismissal of this case pursuant to
22 1307(e).

23 I would also just note that no estimated tax payments
24 have been made for 2016 or 2017. The debtor appears to be a
25 plumber that has a plumbing business that generates income

```
 1    between $300- and $500,000 on an annual basis.  So those
 2    estimated tax payments are likely to be quite significant.
 3              Further, in the debtor's 2015 W-3 statement it
 4    indicates that there's a large adjustment that's made for the
 5    fourth quarter of -- on Form 941.  This will increase
 6    significantly the debtor's pre-petition liabilities for that
 7    tax period.  And the IRS will be filing an amended proof of
 8    claim for that.
 9              Other than that, the Government requests dismissal of
10    this case pursuant to 1307(e).
11              THE COURT:  Thank you.
12              MR. MOCKLER:  Thank you.
13              THE COURT:  Mr. Lev, this is the case where there's a
14    question about qualification to be in Chapter 13?
15              MR. LEV:  That was a question.  The Court, within the
16    past week, has disallowed several of the larger claims in the
17    case, including the million-dollar claim.  So at least in my
18    mind, it should be much less of a question, at this point.
19              THE COURT:  I guess we'll have to see.  But all
20    right.  So what's my discretion here?  As Mr. Mockler
21    describes the state of affairs, I'm supposed to dismiss this
22    case, no questions asked.
23              MR. LEV:  I understand the way the statute is
24    written.
25              THE COURT:  So what do you want me to do?
```

1  MR. LEV: The debtor opposes the motion to dismiss.
2  I can report to the Court that the representations made by Mr.
3  Mockler about an adjustment to a 2015 fourth quarter return is
4  the first time that we hear about it. That tax return has
5  been filed. The IRS has a secured claim for the withholding
6  taxes for that particular time frame, so I'm not sure at all
7  why that's coming up now. And --
8  THE COURT: Put that aside. That's not the problem.
9  The problem is there's no 2015 income tax return filed, and
10 there's no unemployment tax return filed for 2013. Do you
11 disagree with that?
12 MR. LEV: The 2015 1040 return has not been filed.
13 That's correct.
14 THE COURT: What's the problem?
15 MR. LEV: Well, as I represented to the Court, the
16 debtor's had ongoing legal issues that included incarceration
17 that made it difficult for him to get documents lined up and
18 to submit returns. I can represent to the Court that we have
19 filed thirteen missing returns since the initiation of this
20 case. And I don't think that the Service is disputing that
21 those returns have been filed. I'm not sure if they've been
22 processed or posted or not.
23 As far as the unemployment return for 2013, my
24 understanding from Mr. Rodkey (ph.) at the Service was that if
25 they are zero returns for the quarters that make up a year,

1  then there is no need to file the annual return, which would,
2  on its own, be a zero return. So I'm not sure if Mr. Mockler
3  is talking about one of those years or not. But there's -- I
4  can't disagree that the 2015 1040 return has not been filed.
5  THE COURT: And he's not filing his estimateds post-
6  petition; is that true?
7  MR. LEV: This is the first I hear of it. I don't
8  know anything about that.
9  So I guess my question and suggestion for the Court
10 would be if the Service is willing to give the debtor some
11 limited and reasonable amount of time, and despite the
12 language of 1308 and 1307, agree not to go ahead with its
13 motion to dismiss, then we can get the return in, and then at
14 least that issue is going to be resolved.
15 THE COURT: How much time?
16 MR. LEV: Well, I think it's -- to a large extent, I
17 think it's up to the movant. It's the movant's motion.
18 THE COURT: How much time does the debtor need to get
19 this return filed, a week?
20 MR. LEV: Probably one to two weeks at most, yeah.
21 THE COURT: There is an accountant working on this
22 stuff, presumably?
23 MR. LEV: There is a bookkeeper, and there's an
24 accounting firm, correct. And that's how we were able to get
25 in the other thirteen missing returns.

1      THE COURT: Mr. Mockler, what's the IRS's position on
2 this?
3      MR. MOCKLER: The IRS is unwilling to allow more time
4 to file this tax return. I've said before in other hearings
5 that the IRS will be seeking dismissal of all these cases
6 strictly according to the statute.
7      Also, in light of no estimated tax payments for 2016,
8 I'll just be back here for a motion to dismiss for post-
9 petition tax liability in a few months --
10      THE COURT: Right, I hear you.
11      MR. MOCKLER: -- as well.
12      THE COURT: And apparently Mr. Lev needs to get with
13 his client about that, because failure to pay post-petition
14 obligations of any kind, as far as I'm concerned, is anathema
15 in bankruptcy, and never mind that these are tax liabilities.
16 That's really bad. And if that's what's going on, Mr.
17 Anctil's going to find himself out of this case very quickly.
18      But that's not today's problem. I'll take this
19 motion under advisement and urge that before I get to rule on
20 this that Mr. Anctil get those returns filed. And if he can
21 get those returns filed promptly before I rule, I'll take it
22 in consideration in my ruling.
23      MR. LEV: Would the Court wish to see some kind of an
24 affidavit of compliance?
25      THE COURT: Yes. Absolutely. As soon as those

```
 1  returns are filed, file something.  And I'm operating on the
 2  representation that they'll be filed within two weeks.
 3          MR. LEV:  Understood.  Thank you.
 4          THE COURT:  All right, thank you.
 5          MR. MOCKLER:  Thank you, Your Honor.
 6  (End at 11:36 AM)
 7                  * * * * * * * * * *
 8
 9          I certify that the foregoing is a true and accurate
10  transcript from the digitally sound recorded record of the
11  proceedings.
12
13  [signature: Penina Wolicki]
14
15  /s/ Penina Wolicki                              June 5, 2017
    _____
16  AAERT Certified Electronic Transcriber          Date
    (CET-569)
17  ESCRIBERS LLC
                          eScribers
18               352 Seventh Avenue, Suite #604
                     New York, NY 10001
19                      (973)406-2250
                e-mail operations@escribers.net
20
21
22
23
24
25
```

#16-13888                                                  5-11-2017

**$**

**$300- (1)**
  3:1
**$500,000 (1)**
  3:1

**A**

**able (1)**
  5:24
**Absolutely (1)**
  6:25
**according (1)**
  6:6
**accountant (1)**
  5:21
**accounting (1)**
  5:24
**adjustment (2)**
  3:4;4:3
**advisement (1)**
  6:19
**affairs (1)**
  3:21
**affidavit (1)**
  6:24
**again (1)**
  2:7
**agree (1)**
  5:12
**ahead (1)**
  5:12
**allow (1)**
  6:3
**amended (1)**
  3:7
**amount (1)**
  5:11
**anathema (1)**
  6:14
**Anctil (2)**
  2:3;6:20
**Anctil's (1)**
  6:17
**annual (2)**
  3:1;5:1
**apparently (1)**
  6:12
**appears (1)**
  2:24
**aside (1)**
  4:8
**Attorney (1)**
  2:6

**B**

**back (1)**
  6:8
**bad (1)**
  6:16

**bankruptcy (1)**
  6:15
**basis (1)**
  3:1
**behalf (2)**
  2:4,6
**bookkeeper (1)**
  5:23
**Brendan (1)**
  2:4
**business (2)**
  2:15,25

**C**

**Calling (1)**
  2:2
**can (4)**
  4:2,18;5:13;6:20
**case (8)**
  2:2,21;3:10,13,17,
  22;4:20;6:17
**cases (1)**
  6:5
**Certain (1)**
  2:12
**Chapter (1)**
  3:14
**claim (3)**
  3:8,17;4:5
**claims (1)**
  3:16
**client (1)**
  6:13
**coming (1)**
  4:7
**compliance (1)**
  6:24
**concerned (1)**
  6:14
**consideration (1)**
  6:22
**COURT (22)**
  2:2,8;3:11,13,15,19,
  25;4:2,8,14,15,18;5:5,
  9,15,18,21;6:1,10,12,
  23,25

**D**

**deadline (1)**
  2:20
**debtor (6)**
  2:7,15,24;4:1;5:10,
  18
**debtor's (4)**
  2:14;3:3,6;4:16
**describes (1)**
  3:21
**despite (1)**
  5:11
**difficult (1)**
  4:17

**disagree (2)**
  4:11;5:4
**disallowed (1)**
  3:16
**discretion (1)**
  3:20
**dismiss (6)**
  2:9,11;3:21;4:1;
  5:13;6:8
**dismissal (3)**
  2:21;3:9;6:5
**disputing (1)**
  4:20
**Dmitry (1)**
  2:6
**documents (1)**
  4:17

**E**

**estimated (3)**
  2:23;3:2;6:7
**estimateds (1)**
  5:5
**extent (1)**
  5:16

**F**

**failure (2)**
  2:11;6:13
**far (2)**
  4:23;6:14
**few (1)**
  6:9
**file (3)**
  2:12;5:1;6:4
**filed (13)**
  2:13,14,17;4:5,9,10,
  12,19,21;5:4,19;6:20,
  21
**filing (3)**
  2:19;3:7;5:5
**find (1)**
  6:17
**firm (1)**
  5:24
**first (2)**
  4:4;5:7
**Form (1)**
  3:5
**fourth (2)**
  3:5;4:3
**frame (1)**
  4:6
**Further (1)**
  3:3

**G**

**generates (1)**
  2:25
**Good (2)**

  2:7,10
**Government (2)**
  2:21;3:9
**guess (2)**
  3:19;5:9

**H**

**hear (3)**
  4:4;5:7;6:10
**hearings (1)**
  6:4
**held (1)**
  2:18
**himself (1)**
  6:17
**Honor (1)**
  2:10

**I**

**identify (1)**
  2:3
**incarceration (1)**
  4:16
**included (1)**
  4:16
**including (1)**
  3:17
**income (2)**
  2:25;4:9
**increase (1)**
  3:5
**Indeed (1)**
  2:10
**indicates (1)**
  3:4
**initiation (1)**
  4:19
**Internal (2)**
  2:5,8
**IRS (4)**
  3:7;4:5;6:3,5
**IRS's (2)**
  2:11;6:1
**issue (1)**
  5:14
**issues (1)**
  4:16

**J**

**January (1)**
  2:19

**K**

**kind (2)**
  6:14,23

**L**

**language (1)**

  5:12
**large (2)**
  3:4;5:16
**larger (1)**
  3:16
**late (1)**
  2:20
**least (2)**
  3:17;5:14
**legal (1)**
  4:16
**less (1)**
  3:18
**LEV (14)**
  2:6,6;3:13,15,23;4:1,
  12,15;5:7,16,20,23;
  6:12,23
**liabilities (2)**
  3:6;6:15
**liability (1)**
  6:9
**light (1)**
  6:7
**likely (1)**
  3:2
**limited (1)**
  5:11
**lined (1)**
  4:17
**listed (1)**
  2:12

**M**

**meeting (1)**
  2:18
**million-dollar (1)**
  3:17
**mind (2)**
  3:18;6:15
**missing (2)**
  4:19;5:25
**Mockler (11)**
  2:4,4,9,10;3:12,20;
  4:3;5:2;6:1,3,11
**months (1)**
  6:9
**more (1)**
  6:3
**morning (2)**
  2:7,10
**most (1)**
  5:20
**motion (8)**
  2:9,11,12;4:1;5:13,
  17;6:8,19
**movant (1)**
  5:17
**movant's (1)**
  5:17
**much (3)**
  3:18;5:15,18

## N

**need (2)**
  5:1,18
**needs (1)**
  6:12
**note (1)**
  2:23
**number (1)**
  2:2

## O

**obligations (1)**
  6:14
**OFFICER (1)**
  2:2
**one (2)**
  5:3,20
**ongoing (1)**
  4:16
**open (1)**
  2:18
**opposes (1)**
  4:1
**out (1)**
  6:17
**own (1)**
  5:2

## P

**particular (1)**
  4:6
**passed (1)**
  2:20
**past (1)**
  3:16
**pay (1)**
  6:13
**payments (3)**
  2:23;3:2;6:7
**period (2)**
  2:15;3:7
**petition (2)**
  5:6;6:9
**ph (1)**
  4:24
**Please (1)**
  2:3
**plumber (1)**
  2:25
**plumbing (1)**
  2:25
**point (1)**
  3:18
**position (1)**
  6:1
**post- (2)**
  5:5;6:8
**posted (1)**
  4:22

**post-petition (1)**
  6:13
**pre-petition (1)**
  3:6
**presumably (1)**
  5:22
**Probably (1)**
  5:20
**problem (4)**
  4:8,9,14;6:18
**processed (1)**
  4:22
**promptly (1)**
  6:21
**proof (1)**
  3:7
**pursuant (2)**
  2:21;3:10
**Put (1)**
  4:8

## Q

**qualification (1)**
  3:14
**quarter (2)**
  3:5;4:3
**quarters (1)**
  4:25
**quickly (1)**
  6:17
**quite (1)**
  3:2

## R

**really (1)**
  6:16
**reasonable (1)**
  5:11
**record (1)**
  2:3
**remain (1)**
  2:13
**report (1)**
  4:2
**represent (1)**
  4:18
**representations (1)**
  4:2
**represented (1)**
  4:15
**requests (2)**
  2:21;3:9
**resolved (1)**
  5:14
**return (13)**
  2:16;4:3,4,9,10,12,
  23;5:1,2,4,13,19;6:4
**returns (13)**
  2:12,12,13,17,19,20;
  4:18,19,21,25;5:25;
  6:20,21

**Revenue (2)**
  2:5,8
**right (2)**
  3:20;6:10
**Robert (1)**
  2:3
**Rodkey (1)**
  4:24
**rule (2)**
  6:19,21
**ruling (1)**
  6:22
**runs (1)**
  2:15

## S

**secured (1)**
  4:5
**seeking (1)**
  6:5
**Service (4)**
  2:5;4:20,24;5:10
**Service's (1)**
  2:8
**several (1)**
  3:16
**significant (1)**
  3:2
**significantly (1)**
  3:6
**soon (1)**
  6:25
**state (1)**
  3:21
**statement (1)**
  3:3
**statute (2)**
  3:23;6:6
**still (1)**
  2:14
**strictly (1)**
  6:6
**stuff (1)**
  5:22
**submit (1)**
  4:18
**suggestion (1)**
  5:9
**supposed (1)**
  3:21
**sure (3)**
  4:6,21;5:2

## T

**talking (1)**
  5:3
**tax (18)**
  2:12,14,15,15,16,17,
  19,20,23;3:2,7;4:4,9,
  10;6:4,7,9,15
**taxes (2)**
  2:16;4:6
**thirteen (2)**
  4:19;5:25
**today (1)**
  2:13
**today's (1)**
  6:18
**true (1)**
  5:6
**trustee (1)**
  2:18
**turn (1)**
  2:14
**two (2)**
  2:13;5:20

## U

**under (2)**
  2:11;6:19
**unemployment (3)**
  2:16;4:10,23
**unwilling (1)**
  6:3
**up (4)**
  4:7,17,25;5:17
**urge (1)**
  6:19

## W

**W-3 (1)**
  3:3
**way (1)**
  3:23
**week (2)**
  3:16;5:19
**weeks (1)**
  5:20
**what's (4)**
  3:20;4:14;6:1,16
**willing (1)**
  5:10
**wish (1)**
  6:23
**withholding (1)**
  4:5
**within (1)**
  3:15
**working (1)**
  5:21
**written (1)**
  3:24

## Y

**year (3)**
  2:16,19;4:25
**years (1)**
  5:3

## Z

**zero (2)**
  4:25;5:2

## 1

**1040 (3)**
  2:14;4:12;5:4
**11:29 (1)**
  2:1
**13 (2)**
  2:18;3:14
**1307 (1)**
  5:12
**1307e (3)**
  2:11,22;3:10
**1308 (2)**
  2:12;5:12
**16-13888 (1)**
  2:2

## 2

**2013 (3)**
  2:16;4:10,23
**2015 (6)**
  2:15;3:3,3;4:3,9,12;5:4
**2016 (2)**
  2:24;6:7
**2017 (1)**
  2:24

## 3

**31st (1)**
  2:19
**341 (1)**
  2:18

## 9

**940 (1)**
  2:15
**941 (1)**
  3:5