**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

```
In re:
   Robert G. Anctil,
       Debtor
```
Case No. 16-13888
Chapter 13

**DEBTOR'S NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7**

**NOW COMES** Robert G. Anctil, the Debtor in the above captioned matter, and through counsel, pursuant to 11 USC 1307(a), respectfully elects to convert the above captioned Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code.  The Debtor is entitled to convert this case because:

1. This case was filed under Chapter 13 on October 10, 2016;
2. The Debtor is eligible to be a debtor under Chapter 7;
3. This case has not been previously converted.


Respectfully submitted,
Robert G. Anctil, Debtor,
By his Attorney,
/s/ Dmitry Lev
Dmitry Lev, Esq. BBO # 665236
Law Offices of D. Lev, PC
134 Main Street
Watertown, MA 02472
(617) 556-9990 office
(617) 830-0005 fax
dlev@levlaw.net


Dated:  August 14, 2017

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>   Robert G. Anctil,<br>      Debtor | Case No. 16-13888<br>Chapter 13 |

**CERTIFICATE OF SERVICE**

I, Dmitry Lev, hereby certify that on August 14, 2017, in accordance with the Bankruptcy Rules and the Local Bankruptcy Rules of this Court, I electronically filed the foregoing document in this matter with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF system.

On information and belief, a Notice of Electronic Filing was contemporaneously transmitted to the following CM/ECF participants electronically:

- For the United States Trustee: John Fitzgerald
- For the Chapter 13 Trustee: Carolyn Bankowski
- For Creditor P.V. Sullivan Supply Co., Inc.: Francis A. Shannon, III.
- For Creditor Gordon N. Schultz: Gordon N. Schultz
- For Creditor Specialized Loan Servicing, LLC: Joseph Dolben
- For Creditor Wells Fargo Bank, N.A.: Joseph Dolben
- For Creditor Internal Revenue Service: Brendan T. Mockler
- For Creditors Plumbers and Gasfitters' Local Union No. 12; Trustees of the Plumbers and Gasfitters Local No. 12 Welfare, Pension, Annuity, Vacation & Xmas Fringe Benefit Funds; Trustees of the Plumbers and Pipefitters National Pension Fund: Brendan Hughes
- For Creditor Massachusetts Department of Revenue: John B. O'Donnell
- For Creditor Bilt-Rite Construction, Inc.: John S. Reidy
- For Creditor First Citizens Federal Credit Union: Brenda L. Panaggio

Pursuant to MEFR 9, "Transmission by the Court of the 'Notice of Electronic Filing' constitutes service or notice of the filed document…"

Respectfully submitted,
/s/ Dmitry Lev
Dmitry Lev, Esq.
BBO # 665236
Law Offices of D. Lev, PC
134 Main Street
Watertown, MA 02472
(617) 556-9990 office
(617) 830-0005 fax
dlev@levlaw.net                                      Dated: August 14, 2017